

# PHILLIPS & ASSOCIATES

### ATTORNEYS AT LAW

45 BROADWAY, SUITE 620, NEW YORK, NY 10006
TEL: 212-248-7431   FAX: 212-901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

NOV 2 0 2019

November 14, 2019

**BY ECF**
Hon. Judge Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> The Plaintiff's request to adjourn the Initial Pretrial Conference in this matter is GRANTED. The Conference is RESCHEDULED to December 20, 2019 at 3:15 p.m.

Re:   **Genevieve Wrenn v. American Essentials *and* Jordan Lipson,**
      **Docket No.: 19-cv-07148; Preliminary Conference Adjournment Request**

Dear Judge Nathan:

This office represents Plaintiff, Genevieve Wrenn. We write the Court to respectfully request that the preliminary conference scheduled for November 22, 2019, at 3:15 p.m. be adjourned until a date after Defendants have appeared.

Our process servers advise that Defendants were recently served. We are waiting for them to provide us with an affidavit of service for further details. However, the time for Defendants to answer the Complaint is still ongoing as of the date of this application.

We additionally request that the current deadlines regarding submissions prior to the preliminary conference be adjourned accordingly.

We thank Your Honor for your kind consideration. Please contact this office should you have any questions.

Respectfully,

Gregory Calliste Jr.

SO ORDERED: 11/20/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE