**PHILLIPS & ASSOCIATES**

*ATTORNEYS AT LAW*

45 Broadway Suite 620, New York, NY 10006
Tel: 212-248-7431  Fax: 212-901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

DEC 1 8 2019

December 12, 2019

**BY ECF**
Hon. Judge Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> The Initial Pretrial Conference in this matter is hereby adjourned to January 10, 2020 at 3:45 p.m.

Re:  <u>Genevieve Wrenn v. American Essentials *and* Jordan Lipson,</u>
     <u>Docket No.: 19-CV-07148 (AJN) (SN): Second Request for Adjournment of</u>
     <u>the Preliminary Conference</u>

Dear Judge Nathan:

This office represents Plaintiff, Genevieve Wrenn. Pursuant to Your Honor's Rule 1(D), we respectfully write to the Court, with the consent of Defendants, to request that the preliminary conference schedule for December 20, 2019 at 03:15 P.M. be adjourned to either to: (1) January 10, 2020 after 3 p.m.; (2) January 31, 2020 at any time in the afternoon; or (3) February 21, 2020 at any time in the afternoon. Plaintiff made one previous request to adjourn the conference due Defendants not yet making an appearance. That request was granted. *See* Dkt. No. 13.

The undersigned is currently schedule for an oral argument before the Honorable Carol Bagley Amon at 3:00 p.m. in Courtroom 10D South in the Eastern District of New York. *See* Docket No. 19-CV-02672. Therefore, as lead counsel on the above-referenced matter, the undersigned will be unavailable for the Preliminary Conference.

We additionally request that the current deadlines regarding submissions prior to the preliminary conference be adjourned accordingly.

We thank Your Honor for your kind consideration. Please contact this office should you have any questions.

Respectfully,

Gregory Calliste Jr.

SO ORDERED: 12/18/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE